IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHYLLIS M. LINDSEY,<br><br>Defendant. | 4:95CR3009<br><br>**ORDER** |

The court is in receipt of a letter from the defendant requesting that her record be sealed. Treating the letter as a motion, Filing No. 18,

IT IS ORDERED that the Plaintiff shall respond to Filing no. 18 on or before May 26, 2020.

Dated this 13th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge